John DOE, M.D., by Curtis LAVERY, Executor of his Estate, Plaintiff–Appellant,

v.

ATTORNEY GENERAL OF THE UNITED STATES, et al., Defendants–Appellees.

No. 93–15253.

United States Court of Appeals, Ninth Circuit.

June 28, 1995.

Before: WALLACE, Chief Judge, O'SCANNLAIN, Circuit Judge, and KELLEHER,* District Judge.

*ORDER WITHDRAWING OPINION*

The opinion filed in this case on January 18, 1995, reported at 44 F.3d 715 (9th Cir. 1995), is withdrawn.

---

* Honorable Robert J. Kelleher, United States District Judge, Central District of California, sitting by designation.